IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JUSTIN J. BERTSCHINGER and WENDY BERTSCHINGER Defendant. | 8:18CR62 **ORDER** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 2nd day of May, 2018

                                BY THE COURT:

                                s/ Laurie Smith Camp
                                Chief United States District Judge