IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:18CR62 |
| vs. | ORDER |
| JUSTIN J. BERTSCHINGER, | |
| Defendant. | |

This matter is before the court on defendant's MOTION FOR EXTENSION OF TIME to file pretrial motions [20]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 33-day extension. Pretrial Motions shall be filed by June 4, 2018.

**IT IS ORDERED:**

1. Defendant's MOTION FOR EXTENSION OF TIME to file pretrial motions [20] is granted. Pretrial motions shall be filed on or before June 4, 2018.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between May 2, 2018, and June 4, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 3rd day of May, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge